**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: WIESER, THOMAS § | Case No. 12-26024-BWB |
|      WIESER, JENNIFER § | |
| § | |
| Debtor(s) § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

   1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 28, 2012. The undersigned trustee was appointed on June 28, 2012.

   2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

   4. The trustee realized the gross receipts of     $     24,900.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 12,168.30 |
| Bank service fees | 157.55 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 12,574.15 |

The remaining funds are available for distribution.

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/15/2013 and the deadline for filing governmental claims was  / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,240.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,240.00, for a total compensation of $3,240.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/10/2016              By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-26024-BWB  
**Case Name:** WIESER, THOMAS  
WIESER, JENNIFER  
**Period Ending:** 03/10/16

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/28/12 (f)  
**§341(a) Meeting Date:** 07/23/12  
**Claims Bar Date:** 05/15/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LOT IN DOOR COUNTY | Unknown | 45,000.00 | | 24,900.00 | FA |
| 2 | 901 JESSAMINE DRIVE, OSWEGO, IL | 249,500.00 | 0.00 | | 0.00 | FA |
| 3 | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 4 | HARRIS BANK CHECKING | 800.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 600.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 600.00 | 0.00 | | 0.00 | FA |
| 7 | HOUGHTON INT'L LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| 8 | IRA HOUGHTON INT'L | 4,708.82 | 0.00 | | 0.00 | FA |
| 9 | 2004 GMC YUKON | 5,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 BUICK LACROSSE | 5,800.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$267,528.82** | **$45,000.00** | | **$24,900.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

LASKO TO DO TAX RETURNS;  TDR TO FOLLOW  
JANUARY 2015 REDUCED LIST PRICE; ATTEMPTING TO LIQUIDATE DOOR COUNTY PROPERTY

JANUARY 10, 2014 CHANGED LIST PRICE FROM $58,500 TO $45,000; ATTEMPTING TO LIQUIDATE DOOR COUNTY PROPERTY;

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014   **Current Projected Date Of Final Report (TFR):**   June 30, 2016

Printed: 03/10/2016 05:31 PM   V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-26024-BWB  
**Case Name:** WIESER, THOMAS  
WIESER, JENNIFER  
**Taxpayer ID #:** **-***7036  
**Period Ending:** 03/10/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/03/15 | | TITLE SERVICES OF DOOR COUNTY, INC. | SALE OF PROPERTY | | | 17,524.42 | | 17,524.42 |
| | {1} | | sale of property | 24,900.00 | 1110-000 | | | 17,524.42 |
| | | COUNTY TAXES | COUNTY TAXES 1/1/2015-6/30/15 | -301.71 | 2820-000 | | | 17,524.42 |
| | | COLDWELL BANKER | COMMISSION | -1,750.00 | 3510-000 | | | 17,524.42 |
| | | WILSON-SHAFFER, INC. | COMMISSION | -900.00 | 3510-000 | | | 17,524.42 |
| | | DOOR COUNTY TREASURER | 2001 REAL ESTATE TAXES | -979.27 | 2820-000 | | | 17,524.42 |
| | | DOOR COUNTY TREASURER | 2012 REAL ESTATE TAXES | -898.88 | 2820-000 | | | 17,524.42 |
| | | DOOR COUNTY TREASURER | 2013 REAL ESTATE TAXES | -780.32 | 2820-000 | | | 17,524.42 |
| | | DOOR COUNTY TREASURER | 2014 REAL ESTATE TAXES | -657.70 | 2820-000 | | | 17,524.42 |
| | | DEER FOREST CONDO OWNER'S ASSOC | DELINQUENT CONDO DUES 6/1/14-5/31/15 | -148.00 | 2500-000 | | | 17,524.42 |
| | | REGISTER OF DEEDS | STATE TAX | -74.70 | 2820-000 | | | 17,524.42 |
| | | TITLE SERVICES OF DOOR COUNTY | CLOSING COSTS | -885.00 | 2500-000 | | | 17,524.42 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.32 | 17,505.10 |
| 08/21/15 | 101 | Law Offices of William J. Factor | FEES TO TRUSTEE'S COUNSEL PER ORDER OF 7/31/15 DOC 41 | | 3210-000 | | 4,785.00 | 12,720.10 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.33 | 12,695.77 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.15 | 12,672.62 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.22 | 12,654.40 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.59 | 12,636.81 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.99 | 12,616.82 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.49 | 12,599.33 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.46 | 12,581.87 |
| 03/07/16 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #12-26024, Bond No. 10BSBGR6291 | | 2300-000 | | 7.72 | 12,574.15 |
| | | | **ACCOUNT TOTALS** | | | 17,524.42 | 4,950.27 | **$12,574.15** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 17,524.42 | 4,950.27 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$17,524.42** | **$4,950.27** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 12-26024-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | WIESER, THOMAS | | **Bank Name:** | Rabobank, N.A. |
| | WIESER, JENNIFER | | **Account:** | ******5066 - Checking Account |
| **Taxpayer ID #:** | **-***7036 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 03/10/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | Net Receipts : | 17,524.42 |
|---|---|---|---|
| | Plus Gross Adjustments : | | 7,375.58 |
| | | Net Estate : | $24,900.00 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5066** | 17,524.42 | 4,950.27 | 12,574.15 |
| | $17,524.42 | $4,950.27 | $12,574.15 |

{} Asset reference(s)                                                                                              Printed: 03/10/2016 05:31 PM    V.13.25

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 15, 2013

**Case Number:** 12-26024-BWB  
**Debtor Name:** WIESER, THOMAS

Page: 1

**Date:** March 10, 2016  
**Time:** 05:31:47 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET<br>ROOM 965<br>NEW YORK, NY 10165 | Admin Ch. 7 | | $7.72 | $7.72 | 0.00 |
| ADMIN1 200 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $4,785.00 | $4,785.00 | 0.00 |
| ADMIN2 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $3,240.00 | $0.00 | 3,240.00 |
| ADMIN3 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $2,637.00 | $0.00 | 2,637.00 |
| ADMIN4 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $23.78 | $0.00 | 23.78 |
| 1 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,461.99 | $0.00 | 3,461.99 |
| 2 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $4,884.00 | $0.00 | 4,884.00 |
| 3 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,224.76 | $0.00 | 1,224.76 |
| 4 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $2,326.60 | $0.00 | 2,326.60 |
| 5 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $8,081.81 | $0.00 | 8,081.81 |
| 6 610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $5,789.15 | $0.00 | 5,789.15 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 15, 2013

**Case Number:** 12-26024-BWB  
**Debtor Name:** WIESER, THOMAS  

Page: 2

**Date:** March 10, 2016  
**Time:** 05:31:47 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7<br>610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $4,954.49 | $0.00 | 4,954.49 |
| 8<br>610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,928.04 | $0.00 | 1,928.04 |
| 9<br>610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,494.47 | $0.00 | 1,494.47 |
| 10<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $706.85 | $0.00 | 706.85 |
| **<< Totals >>** | | | | 45,545.66 | 4,792.72 | 40,752.94 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-26024-BWB
Case Name: WIESER, THOMAS
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 12,574.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 12,574.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,240.00 | 0.00 | 3,240.00 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 4,785.00 | 4,785.00 | 0.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 2,637.00 | 0.00 | 2,637.00 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 23.78 | 0.00 | 23.78 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 7.72 | 7.72 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 5,900.78
Remaining balance: $ 6,673.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,673.37

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 6,673.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,852.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,461.99 | 0.00 | 662.90 |
| 2 | PYOD, LLC its successors and assigns as assignee | 4,884.00 | 0.00 | 935.18 |
| 3 | PYOD, LLC its successors and assigns as assignee | 1,224.76 | 0.00 | 234.51 |
| 4 | PYOD, LLC its successors and assigns as assignee | 2,326.60 | 0.00 | 445.49 |
| 5 | PYOD, LLC its successors and assigns as assignee | 8,081.81 | 0.00 | 1,547.47 |
| 6 | FIA CARD SERVICES, N.A. | 5,789.15 | 0.00 | 1,108.48 |
| 7 | FIA CARD SERVICES, N.A. | 4,954.49 | 0.00 | 948.67 |
| 8 | American Express Centurion Bank | 1,928.04 | 0.00 | 369.17 |
| 9 | American Express Centurion Bank | 1,494.47 | 0.00 | 286.16 |
| 10 | Capital Recovery V, LLC | 706.85 | 0.00 | 135.34 |

| | Total to be paid for timely general unsecured claims: | $ 6,673.37 |
|---|---|---|
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**