# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WIESER, THOMAS　　　　　　　　　　　　§　Case No. 12-26024-BWB
　　　　WIESER, JENNIFER　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　　§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS B. SULLIVAN, TRUSTEE    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

　　　The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
　　219 S Dearborn Street
　　Chicago, IL  60604

　　　Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:00am on 05/06/2016 in Courtroom          , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/30/2016        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: WIESER, THOMAS | § | Case No. 12-26024-BWB |
| WIESER, JENNIFER | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 24,900.00 |
| *and approved disbursements of* | $ 12,325.85 |
| *leaving a balance on hand of* [1] | $ 12,574.15 |
| **Balance on hand:** | $ 12,574.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,574.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,240.00 | 0.00 | 3,240.00 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 4,785.00 | 4,785.00 | 0.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 2,637.00 | 0.00 | 2,637.00 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 23.78 | 0.00 | 23.78 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 7.72 | 7.72 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,900.78 |
| Remaining balance: | $ 6,673.37 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,673.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,673.37

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,852.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,461.99 | 0.00 | 662.90 |
| 2 | PYOD, LLC its successors and assigns as assignee | 4,884.00 | 0.00 | 935.18 |
| 3 | PYOD, LLC its successors and assigns as assignee | 1,224.76 | 0.00 | 234.51 |
| 4 | PYOD, LLC its successors and assigns as assignee | 2,326.60 | 0.00 | 445.49 |
| 5 | PYOD, LLC its successors and assigns as assignee | 8,081.81 | 0.00 | 1,547.47 |
| 6 | FIA CARD SERVICES, N.A. | 5,789.15 | 0.00 | 1,108.48 |
| 7 | FIA CARD SERVICES, N.A. | 4,954.49 | 0.00 | 948.67 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 8 | American Express Centurion Bank | 1,928.04 | 0.00 | 369.17 |
| 9 | American Express Centurion Bank | 1,494.47 | 0.00 | 286.16 |
| 10 | Capital Recovery V, LLC | 706.85 | 0.00 | 135.34 |

| | | |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 6,673.37 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

| | | |
|---|---:|---:|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

| | | |
|---|---:|---:|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
　　　　　　　　　　　　　　　　　　Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL 60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                               Case No. 12-26024-BWB
Thomas Wieser                                                        Chapter 7
Jennifer Wieser
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: rgreen                Page 1 of 2                  Date Rcvd: Mar 31, 2016
                              Form ID: pdf006             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2016.
db/jdb         #+Thomas Wieser,    Jennifer Wieser,    901 Jessamine Dr.,    Oswego, IL 60543-7733
aty            +William J Factor LTD,    InnovaLaw PC,    1900 Ravinia Place,    Orland Park, IL 60462-3760
19092080        Affiliated Radiologists S. C. Dept 4104,    Dept 4104,    Carol Stream, IL 60122-4104
20305457        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19092081       +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
19092082       +Amex/dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
19092083       +Bk Of Amer,    55 Challenger Rd.,    Ridgefield Park, NJ 07660-2102
19092084       +Bmo Harris Bank,    Po Box 94034,    Palatine, IL 60094-4034
19092079       +C David Ward,    2756 Route 34,    Oswego, IL 60543-8301
19092085      #+Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
19092086       +Cap1/mnrds,    Po Box 5253,    Carol Stream, IL 60197-5253
19092087       +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
19092088        Chld/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
19092089       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19092090      #+Computer Credit Inc.,    Claim Dept 009500,    640 W. Fourth St.,    Winston-Salem, NC 27101-2730
19092091       +Credmgmtcntl (original Creditor:01 Sprin,    2707 Rapids Dr Pob 4030,    Racine, WI 53404-1743
19092093       +Dreyer Medical Clinic,    1870 W. Galena Blvd,    Aurora, IL 60506-4387
19092094       +Edward Health Ventures,    3471 Eagle Way,    Chicago, IL 60678-1034
19092096       +Emergency Treatment,    900 Jorie Blvd., Suite 220,    Oak Brook, IL 60523-3846
20270825        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19092097       +Firstsource Financial Solutions, Inc.,    7650 Magna Drive,    Belleville, IL 62223-3366
19092099       +Healthcare Recoveries,    Po Box 36380,    Louisville, KY 40233-6380
19092100       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
19092104       +MQC Collection Services,    PO Box 140700,    Toledo, OH 43614-0700
19092101        Medical Recovery Specialists Inc.,    2250 Devon Ave, Ste 352,    Des Plaines, IL  60018-4519
19092102       +Merchants Credit Guide Co.,    223 W. Jackson Blvd,, #400,    Chicago, IL 60606-6974
19092105       +Naperville Radiologists,    6910 S Madison Street,    Willowbrook, IL 60527-5504
19092106       #OAD Orthopaedics, Ltd,    Po Box 661307,    Chicago, IL  60666-1307
19092107       +Penncro Associates,    PO Box 3003,    Phoenixville, PA 19460-0918
19092108        REVMD,    PO Box 3427,    Oak Brook, IL  60522-3427
19092109       +Rush Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-5893
19092110        Rush University Medical Center,    PO Box 4075,    Carol Stream, IL  60197-4075
19092111        Rush University Medical Group,    75 Remittance Dr. Dept 1611,    Chicago, IL  60675-1611
19092112       +State Collection Servi (original Credito,    2509 S Stoughton Rd,    Madison, WI 53716-3314
19092113       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
19092115       +Valley Imaging Consultants,    6910 S. Madison St.,    Willowbrook, IL 60527-5504
19092116      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD  21701)
19092078       +Wieser Jennifer,    901 Jessamine Dr,    Oswego, IL 60543-7733
19092077       +Wieser Thomas,    901 Jessamine Dr,    Oswego, IL 60543-7733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20447268        E-mail/PDF: rmscedi@recoverycorp.com Apr 01 2016 01:45:01     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20044035        E-mail/Text: mrdiscen@discover.com Apr 01 2016 01:40:23     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19092092       +E-mail/Text: mrdiscen@discover.com Apr 01 2016 01:40:23     Discover Fin Svcs Llc,
                 2500 Lake Cook Rd.,    Riverwoods, IL 60015-1838
19092095       +E-mail/Text: bankruptcy@edward.org Apr 01 2016 01:42:16     Edward Hospital,    Po Box 4207,
                 Carol Stream, IL 60197-4207
19092098        E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2016 01:45:36     Gecrb/jcp,    Po Box 984100,
                 El Paso, TX  79998
19092103        E-mail/Text: mmrgbk@miramedrg.com Apr 01 2016 01:41:48     MiraMed Revenue Group LLC,
                 PO Box 77000,    Detroit, MI  48277-0308
20054703       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2016 01:45:23
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20414347*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19092114      ##University Pathologists,    5620 Southwyck Blvd.,    Toledo, OH  43614-1501
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: rgreen             Page 2 of 2           Date Rcvd: Mar 31, 2016
                              Form ID: pdf006          Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2016 at the address(es) listed below:
              Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
               bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              C David Ward    on behalf of Debtor 2 Jennifer  Wieser cdward1945@yahoo.com,  ladylaw1031@msn.com
              C David Ward    on behalf of Debtor 1 Thomas  Wieser cdward1945@yahoo.com,  ladylaw1031@msn.com
              Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kathleenmmcguirelaw@gmail.com,
               kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor    WELLS FARGO BANK, N.A. ND-Two@il.cslegal.com
              Thomas B Sullivan    tsullivan@wfactorlaw.com,  IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              Zane L Zielinski    on behalf of Trustee Thomas B Sullivan trustee@zanezielinski.com,
               nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                              TOTAL: 8
```