**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  WIESER, THOMAS | § | Case No.  12-26024-BWB |
| WIESER, JENNIFER | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $267,528.82              Assets Exempt:  $18,028.82
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,673.37            Claims Discharged
                                                        Without Payment: $28,178.79

Total Expenses of Administration: $18,226.63

3)  Total gross receipts of $      24,900.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00     (see **Exhibit 2**), yielded net receipts of  $24,900.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,226.63 | 18,226.63 | 18,226.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 34,852.16 | 34,852.16 | 6,673.37 |
| **TOTAL DISBURSEMENTS** | $0.00 | $53,078.79 | $53,078.79 | $24,900.00 |

4)  This case was originally filed under Chapter 7 on June 28, 2012. The case was pending for 49 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _07/21/2016_____   By: _/s/THOMAS B. SULLIVAN, TRUSTEE___
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| LOT IN DOOR COUNTY | 1110-000 | 24,900.00 |
| **TOTAL GROSS RECEIPTS** | | $24,900.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 7.72 | 7.72 | 7.72 |
| Law Offices of William J. Factor | 3210-000 | N/A | 4,785.00 | 4,785.00 | 4,785.00 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 3,240.00 | 3,240.00 | 3,240.00 |
| Alan D. Lasko | 3410-000 | N/A | 2,637.00 | 2,637.00 | 2,637.00 |
| Alan D. Lasko | 3420-000 | N/A | 23.78 | 23.78 | 23.78 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| COUNTY TAXES | 2820-000 | N/A | 301.71 | 301.71 | 301.71 |
| COLDWELL BANKER | 3510-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| WILSON-SHAFFER, INC. | 3510-000 | N/A | 900.00 | 900.00 | 900.00 |
| DOOR COUNTY TREASURER | 2820-000 | N/A | 979.27 | 979.27 | 979.27 |
| DOOR COUNTY TREASURER | 2820-000 | N/A | 898.88 | 898.88 | 898.88 |
| DOOR COUNTY TREASURER | 2820-000 | N/A | 780.32 | 780.32 | 780.32 |
| DOOR COUNTY TREASURER | 2820-000 | N/A | 657.70 | 657.70 | 657.70 |
| DEER FOREST CONDO OWNER'S ASSOC | 2500-000 | N/A | 148.00 | 148.00 | 148.00 |
| REGISTER OF DEEDS | 2820-000 | N/A | 74.70 | 74.70 | 74.70 |
| TITLE SERVICES OF DOOR COUNTY | 2500-000 | N/A | 885.00 | 885.00 | 885.00 |
| Rabobank, N.A. | 2600-000 | N/A | 19.32 | 19.32 | 19.32 |
| Rabobank, N.A. | 2600-000 | N/A | 24.33 | 24.33 | 24.33 |
| Rabobank, N.A. | 2600-000 | N/A | 23.15 | 23.15 | 23.15 |
| Rabobank, N.A. | 2600-000 | N/A | 18.22 | 18.22 | 18.22 |
| Rabobank, N.A. | 2600-000 | N/A | 17.59 | 17.59 | 17.59 |
| Rabobank, N.A. | 2600-000 | N/A | 19.99 | 19.99 | 19.99 |
| Rabobank, N.A. | 2600-000 | N/A | 17.49 | 17.49 | 17.49 |
| Rabobank, N.A. | 2600-000 | N/A | 17.46 | 17.46 | 17.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,226.63 | $18,226.63 | $18,226.63 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 3,461.99 | 3,461.99 | 662.90 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 4,884.00 | 4,884.00 | 935.18 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,224.76 | 1,224.76 | 234.51 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,326.60 | 2,326.60 | 445.49 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 8,081.81 | 8,081.81 | 1,547.47 |
| 6 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 5,789.15 | 5,789.15 | 1,108.48 |
| 7 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 4,954.49 | 4,954.49 | 948.67 |
| 8 | American Express Centurion Bank | 7100-000 | N/A | 1,928.04 | 1,928.04 | 369.17 |
| 9 | American Express Centurion Bank | 7100-000 | N/A | 1,494.47 | 1,494.47 | 286.16 |
| 10 | Capital Recovery V, LLC | 7100-000 | N/A | 706.85 | 706.85 | 135.34 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $34,852.16 | $34,852.16 | $6,673.37 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-26024-BWB

**Case Name:**   WIESER, THOMAS
   WIESER, JENNIFER

**Period Ending:** 07/21/16

**Trustee:**   (330180)   THOMAS B. SULLIVAN, TRUSTEE

**Filed (f) or Converted (c):** 06/28/12 (f)

**§341(a) Meeting Date:** 07/23/12

**Claims Bar Date:** 05/15/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LOT IN DOOR COUNTY | Unknown | 45,000.00 | | 24,900.00 | FA |
| 2 | 901 JESSAMINE DRIVE, OSWEGO, IL | 249,500.00 | 0.00 | | 0.00 | FA |
| 3 | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 4 | HARRIS BANK CHECKING | 800.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 600.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 600.00 | 0.00 | | 0.00 | FA |
| 7 | HOUGHTON INT'L LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| 8 | IRA HOUGHTON INT'L | 4,708.82 | 0.00 | | 0.00 | FA |
| 9 | 2004 GMC YUKON | 5,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 BUICK LACROSSE | 5,800.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets**   Totals (Excluding unknown values) | **$267,528.82** | **$45,000.00** | | **$24,900.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

SUBMITTED TFR TO US TEE ON 3/10/16

LASKO TO DO TAX RETURNS;  TDR TO FOLLOW

JANUARY 2015 REDUCED LIST PRICE; ATTEMPTING TO LIQUIDATE DOOR COUNTY PROPERTY

JANUARY 10, 2014 CHANGED LIST PRICE FROM $58,500 TO $45,000; ATTEMPTING TO LIQUIDATE DOOR COUNTY PROPERTY;

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014

**Current Projected Date Of Final Report (TFR):**   March 25, 2016  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 12-26024-BWB
**Case Name:** WIESER, THOMAS
WIESER, JENNIFER
**Taxpayer ID #:** **-***7036
**Period Ending:** 07/21/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ******5066 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/03/15 | | TITLE SERVICES OF DOOR COUNTY, INC. | SALE OF PROPERTY | | | 17,524.42 | | 17,524.42 |
| | {1} | | sale of property | 24,900.00 | 1110-000 | | | 17,524.42 |
| | | COUNTY TAXES | COUNTY TAXES 1/1/2015-6/30/15 | -301.71 | 2820-000 | | | 17,524.42 |
| | | COLDWELL BANKER | COMMISSION | -1,750.00 | 3510-000 | | | 17,524.42 |
| | | WILSON-SHAFFER, INC. | COMMISSION | -900.00 | 3510-000 | | | 17,524.42 |
| | | DOOR COUNTY TREASURER | 2001 REAL ESTATE TAXES | -979.27 | 2820-000 | | | 17,524.42 |
| | | DOOR COUNTY TREASURER | 2012 REAL ESTATE TAXES | -898.88 | 2820-000 | | | 17,524.42 |
| | | DOOR COUNTY TREASURER | 2013 REAL ESTATE TAXES | -780.32 | 2820-000 | | | 17,524.42 |
| | | DOOR COUNTY TREASURER | 2014 REAL ESTATE TAXES | -657.70 | 2820-000 | | | 17,524.42 |
| | | DEER FOREST CONDO OWNER'S ASSOC | DELINQUENT CONDO DUES 6/1/14-5/31/15 | -148.00 | 2500-000 | | | 17,524.42 |
| | | REGISTER OF DEEDS | STATE TAX | -74.70 | 2820-000 | | | 17,524.42 |
| | | TITLE SERVICES OF DOOR COUNTY | CLOSING COSTS | -885.00 | 2500-000 | | | 17,524.42 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.32 | 17,505.10 |
| 08/21/15 | 101 | Law Offices of William J. Factor | FEES TO TRUSTEE'S COUNSEL PER ORDER OF 7/31/15 DOC 41 | | 3210-000 | | 4,785.00 | 12,720.10 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.33 | 12,695.77 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.15 | 12,672.62 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.22 | 12,654.40 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.59 | 12,636.81 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.99 | 12,616.82 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.49 | 12,599.33 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.46 | 12,581.87 |
| 03/07/16 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #12-26024, Bond No. 10BSBGR6291 | | 2300-000 | | 7.72 | 12,574.15 |
| 05/09/16 | 103 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $3,240.00, Trustee Compensation; Reference: | | 2100-000 | | 3,240.00 | 9,334.15 |
| 05/09/16 | 104 | Alan D. Lasko | Dividend paid 100.00% on $2,637.00, Accountant for Trustee Fees (Other Firm); Reference: | | 3410-000 | | 2,637.00 | 6,697.15 |

Subtotals :        $17,524.42        $10,827.27

{} Asset reference(s)

Printed: 07/21/2016 07:12 PM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-26024-BWB
**Case Name:** WIESER, THOMAS
WIESER, JENNIFER
**Taxpayer ID #:** **-***7036
**Period Ending:** 07/21/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ******5066 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/09/16 | 105 | Alan D. Lasko | Dividend paid 100.00% on $23.78, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 23.78 | 6,673.37 |
| 05/09/16 | 106 | Discover Bank | Dividend paid 19.14% on $3,461.99; Claim# 1; Filed: $3,461.99; Reference: | 7100-000 | | 662.90 | 6,010.47 |
| 05/09/16 | 107 | PYOD, LLC its successors and assigns as assignee | Dividend paid  19.14% on $4,884.00; Claim# 2; Filed: $4,884.00; Reference: | 7100-000 | | 935.18 | 5,075.29 |
| 05/09/16 | 108 | PYOD, LLC its successors and assigns as assignee | Dividend paid  19.14% on $1,224.76; Claim# 3; Filed: $1,224.76; Reference: | 7100-000 | | 234.51 | 4,840.78 |
| 05/09/16 | 109 | PYOD, LLC its successors and assigns as assignee | Dividend paid  19.14% on $2,326.60; Claim# 4; Filed: $2,326.60; Reference: | 7100-000 | | 445.49 | 4,395.29 |
| 05/09/16 | 110 | PYOD, LLC its successors and assigns as assignee | Dividend paid  19.14% on $8,081.81; Claim# 5; Filed: $8,081.81; Reference: | 7100-000 | | 1,547.47 | 2,847.82 |
| 05/09/16 | 111 | FIA CARD SERVICES, N.A. | Dividend paid  19.14% on $5,789.15; Claim# 6; Filed: $5,789.15; Reference: | 7100-000 | | 1,108.48 | 1,739.34 |
| 05/09/16 | 112 | FIA CARD SERVICES, N.A. | Dividend paid  19.14% on $4,954.49; Claim# 7; Filed: $4,954.49; Reference: | 7100-000 | | 948.67 | 790.67 |
| 05/09/16 | 113 | American Express Centurion Bank | Dividend paid  19.14% on $1,928.04; Claim# 8; Filed: $1,928.04; Reference: | 7100-000 | | 369.17 | 421.50 |
| 05/09/16 | 114 | American Express Centurion Bank | Dividend paid  19.14% on $1,494.47; Claim# 9; Filed: $1,494.47; Reference: | 7100-000 | | 286.16 | 135.34 |
| 05/09/16 | 115 | Capital Recovery V, LLC | Dividend paid  19.14% on $706.85; Claim# 10; Filed: $706.85; Reference: | 7100-000 | | 135.34 | 0.00 |

| | | | | ACCOUNT TOTALS | 17,524.42 | 17,524.42 | $0.00 |
| | | | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | | | **Subtotal** | 17,524.42 | 17,524.42 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | $17,524.42 | $17,524.42 | |

| Net Receipts : | 17,524.42 |
|---|---|
| Plus Gross Adjustments : | 7,375.58 |
| Net Estate : | $24,900.00 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5066** | 17,524.42 | 17,524.42 | 0.00 |
| | $17,524.42 | $17,524.42 | $0.00 |

{} Asset reference(s)

Printed: 07/21/2016 07:12 PM    V.13.28